United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Dusty L. Bowman, Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 19-23705-Civ-Scola |
| Dade Correctional Institution, | ) |
| Defendant. | ) |

**Order Adopting Magistrate Judge's Report and Recommendation**

This case was referred to United States Magistrate Judge Lisette M. Reid, consistent with Administrative Order 2019-2 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On September 30, 2019, Judge Reid issued a report and recommendation denying Plaintiff Dusty L. Bowman's request that he be immediately transferred to a different prison facility. (Rep. & Rec., ECF No. 10.) Bowman has filed what he captioned, "Amicus Curiae Motion," which the Court has construed as his objections to Judge Reid's report and recommendation. (Pl.'s Objs., ECF No. 11.)

The Court has considered Judge Reid's report, Bowman's objections, the record, and the relevant legal authorities. The Court agrees with Judge Reid that Bowman has not carried his burden in establishing that injunctive relief is warranted at this time. As such the Court **affirms and adopts** Judge Reid's recommendation (**ECF No. 10**) that, to the extent Bowman seeks immediate or preliminary injunctive relief, his request is denied without prejudice. This matter remains referred to Judge Reid for a review of Bowman's potential 42 U.S.C. § 1983 claims in accordance with 28 U.S.C. § 1915(e) and other proceedings as may be appropriate under Administrative Order 2019-2.

The Clerk is directed to **terminate** docket entry 11 as the Court has construed it to be Bowman's objections to Judge Reid's report and recommendation.

**Done and Ordered** in chambers, at Miami, Florida, on October 21, 2019.

_____
Robert N. Scola, Jr.
United States District Judge