United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Dusty L. Bowman, Plaintiff, | ) |
| v. | ) |
| | ) Civil Action No. 19-23705-Civ-Scola |
| Dade Correctional Institution, | ) |
| Defendant. | ) |

## Order Dismissing Case

The Court **withdraws its reference** of this case to United States Magistrate Judge Lisette M. Reid. On November 4, 2019, Judge Reid entered a report and recommendations, recommending that Bowman's case be dismissed, without prejudice, for his failure to either pay the applicable filing fee or file an application to proceed *in forma pauperis*. (Rep. & Rec, ECF No. 13.) Judge Reid had already warned Bowman, previously, that if he failed to do either, his case would be dismissed. (Mag. J. Order, ECF No. 4.) After Judge Reid entered her report, Bowman requested an extension of time to file his application to proceed *in forma pauperis*. (Pl.'s Mot., ECF No. 14.) Judge Reid granted the motion, vacating her report and advising Bowman he had until December 20, 2019, to either pay the fee or file the application. Bowman has done neither and the time to do so has very long since passed.

A district court may dismiss a case, on its own initiative, if a plaintiff abandons its prosecution of the suit. *Compare* Fed. R. Civ. P. 41(b) *with Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). Courts are vested with this inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link*, 370 U.S. 630–31. The Court finds that Bowman has abandoned his prosecution of this matter.

The Court, therefore, **dismisses** this case, albeit **without prejudice**, and directs the Clerk of the Court to **close** the matter. Any pending motions are **denied as moot**.

**Done and Ordered** in Miami, Florida, on October 22, 2020.

_____
Robert N. Scola, Jr.
United States District Judge